UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CLAUDE ROBINSON                                                                                         PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:21-CV-519-KHJ-MTP

HARBOR FREIGHT TOOLS, USA, INC.
D/B/A US GENERAL AND JOHN DOES 1-3                                            DEFENDANTS

## FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Harbor Freight Tools, USA, Inc. Robinson's claims are dismissed with prejudice. This case is closed.

SO ORDERED, this the 5th day of December, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE